IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
(LAS VEGAS)

| | |
|---|---|
| WILLIAM M. VANHAITSMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAJAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil Docket No. 2:21-cv-00482-CLB<br><br>Assigned to Hon. Judge Carla Baldwin |

ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time to File Plaintiff's Motion for Remand/Reversal and Memorandum in Support, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall file his Motion for Remand/Reversal and Memorandum in Support on or before November 15, 2021.

SO ORDERED this __12th__ day of __October__, 2021.

_____
Hon. Judge Carla Baldwin