HAL TAYLOR, ESQUIRE
Nevada Bar No. 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Telephone:    (775) 825-2223
Facsimile:    (775) 329-1113
Email:        haltaylorlawyer@gbis.com

ASHISH A. AGRAWAL, ESQUIRE
Pennsylvania Bar No. 317078
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
Telephone:    (215) 464-7200
Facsimile:    (215) 464-7224
Email:        ashish@ssihelp.us

*Attorneys for the Plaintiff, William Vanhaitsma*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
(LAS VEGAS)

| | |
|---|---|
| WILLIAM M. VANHAITSMA, | ) |
| Plaintiff, | ) Civil Docket No. 2:21-cv-00482-CLB |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) Assigned to Judge Carla Baldwin |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Leave to file a Reply Brief in Excess Pages, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that the Reply Brief attached to Plaintiff's Motions hall be considered Plaintiff's properly and timely filed Reply Brief.

SO ORDERED THIS __28th__ day of __December__, 202_1_.

BY THE COURT,

_____
HONORABLE CARLA BALDWIN
UNITED STATES JUDGE